v. Davenport, Mayor, et al., 100 Fla. 627, 129 Sou. 904, yet we cannot say that there was an abuse of judicial discretion in denying the peremptory writ in view of the allegations of the last paragraph of the answer hereinabove quoted. Nothing stated in this opinion is intended to be construed as conflicting with the opinion and judgment in the case of State vs. Thursby, filed at this term of court and reported in 140 Sou. 775. Therefore, the judgment must be affirmed. It is so ordered.

Affirmed.

ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.

JEFF HODGES, *Plaintiff in Error*, VS. THE STATE OF FLORIDA, *Defendant in Error*.

142 So. 232.

Division A.

Decision filed June 3, 1932.

Petition for rehearing denied July 6, 1932.

*Knight & Knight,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the

said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

O. F. FINNEY, *Plaintiff in Error*, vs. STATE OF FLORIDA, *Defendant in Error*.
142 So. 232.
Division A.
Decision filed June 3, 1932.

*E. M. Magaha,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WILLIAM CATOR, alias W. C. Cator, alias Bill Cator, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.
142 So. 217.
Division A.
Decision filed June 3, 1932.

*Frank Redd,* for Plaintiff in Error;